**Electronically Filed
Supreme Court
SCWC-30701
26-JUL-2012
11:46 AM**

NO. SCWC-30701

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

BRANDY IWALANI C. AVILLA, Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30701; CASE NO. 1DTA-10-00518)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, JJ.,
and Circuit Judge Ayabe, assigned by reason of vacancy)

The Application for Writ of Certiorari filed on June 25, 2012 by Petitioner/Defendant-Appellant Brandy Iwalani C. Avilla is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai'i, July 26, 2012.

Trisha Y. Nakamura,
for petitioner

Brian R. Vincent,
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Bert I. Ayabe

